# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0180.  PAUL DEWAYNE PORTER v. THE STATE.**

This appeal was docketed on September 12, 2012.  On September 19, 2012, appellant Paul Dewayne Porter filed a motion to remand this case to the trial court for a hearing and determination of his ineffective assistance of counsel claim. Porter's counsel asserts that subsequent to the docketing of this appeal, Porter filed a State Bar Grievance, which raised an ineffective assistance of counsel claim against him as trial counsel.  He requests that this case be remanded, in the interest of judicial economy, to afford Porter the opportunity to raise and establish the record for his claim.

A claim of ineffective assistance of counsel must be raised at the earliest practical moment, which means that it must be raised before appeal if the opportunity to do so is available.  See *Garland v. State*, 283 Ga. 201, 202 (657 SE2d 842) (2008). However, trial counsel can not reasonably be expected to assert or argue his own ineffectiveness on appeal. See id. at 203; see also *Hood v. State*, 282 Ga. 462, 463 (651 SE2d 88) (2007) ("a lawyer may not ethically present a claim that he/she provided a client with ineffective assistance of counsel") (citation omitted). Since Porter's appellate counsel also served as his trial counsel, this appeal was Porter's first opportunity to raise the issue of ineffective assistance claim. Under these circumstances, we will remand the case to the trial court so that Porter will be allowed to present his claim at an evidentiary hearing. See *Hung v. State*, 282 Ga. 684, 685 (2) (653 SE2d 48) (2007).  Porter's motion for remand is GRANTED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/23/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Holly K. O. Sparrow* , *Clerk.*